850 A.2d 1248

IN THE MATTER OF EMANUEL H. NEEDLE, AN ATTORNEY AT LAW (ATTORNEY NO. 190211957).

June 30, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–134, recommending that **EMANUEL H. NEEDLE** of **MAPLEWOOD**, who was admitted to the bar of this State in 1957, be disbarred for multiple violations of *Rule* 1:21–6 (recordkeeping), *Rule* 1:21–7(d) (improper computation of contingent fee), *RPC* 1.5(a) (excessive fee), *RPC* 1.15(b) (failure to promptly notify a third person of the receipt of funds in which the third person has an interest and failure to promptly deliver funds the third person is entitled to receive), *RPC* 1.15(d) (failure to comply with the provisions of *Rule* 1:21–6), *RPC* 1.7(a) (a lawyer shall not represent a client if the representation of that client will be directly adverse to another client), *RPC* 1.8(a) (a lawyer shall not enter into a business transaction with a client or knowingly acquire an ownership, possessory, security or other pecuniary interest adverse to the client), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And **EMANUEL H. NEEDLE** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that the decision and recommendation of the Disciplinary Review Board are hereby adopted; and it is further

ORDERED that **EMANUEL H. NEEDLE** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that **EMANUEL H. NEEDLE** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.